■ In the Matter of GEORGE ALEXANDER et al., Appellants, v HERMAN JENKINS, as Personnel Director of City of New York, et al., Respondents. [651 NYS2d 301] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on or about February 7, 1995, unanimously affirmed for the reasons stated by Lebedeff, J., without costs and disbursements. Concur— Wallach, J. P., Rubin, Nardelli, Williams and Andrias, JJ.